NUMBER 13-01-424-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
______________________________________________________________

GUADALUPE SEDILLO,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
______________________________________________________________

On appeal from the 105th District Court
of Nueces County, Texas.
______________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, Guadalupe Sedillo, perfected an appeal from a judgment entered by
the 105th District Court of Nueces County, Texas, in cause number 01-CR-0691-D.
By copy of the Certificate of Death, this Court has been notified that appellant,
Guadalupe Sedillo, died on January 6, 2002.
         In accordance with Texas Rule of Appellate Procedure 7.1(a)(2), we hereby
order this appeal permanently ABATED.
 
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 26th day of November, 2003.